STATE OF NEW JERSEY v. LAWRENCE KRIEGER.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN BABCOCK.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM MERCADO.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED PEPE.

February 28, 1984.

Petition for certification denied.